UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                                                  CASE NO. 12 B 00213
                                                                        CHAPTER 13
SAMMIE L JOHNSON

                                                                        JUDGE JACK B SCHMETTERER

        DEBTOR                                                          **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** OCWEN LOAN SERVICING LLC

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 6 | 3 | 2947  8620 S DAMEN AVE | $1,736.52 | $1,278.52 | $1,278.52 |
| Total Amount Paid by Trustee | | | | | $1,278.52 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit          **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 12-00213-JBS

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 8th day of September, 2014.

Debtor:
SAMMIE L JOHNSON
8620 S DAMEN AVE
CHICAGO, IL 60620

Attorney:
DAVID M SIEGEL
790 CHADDICK DR
WHEELING, IL 60090
via Clerk's ECF noticing procedures

Mortgage Creditor:
OCWEN LOAN SERVICING LLC
1661 WORTHINGTON RD #100
WEST PALM BEACH, FL 33409

Mortgage Creditor:
SPECIALIZED LOAN SERVICING
% MCCALLA RAYMER
1544 OLD ALABAMA RD
ROSWELL, GA 30076

Mortgage Creditor:
US BANK NATIONAL
ASSOCIATION
% AMERICAN HOME MORTGAGE
SERVC
1525 S BELTLINE RD #100 N
COPPELL, TX 75019

Mortgage Creditor:
US BANK NA
% BURKE CONSTANZA &
CARBERRY LLP
150 N MICHIGAN AVE #800
CHICAGO, IL 60601

Mortgage Creditor:
US BANK NATIONAL
ASSOCIATION
% AMERICAN HOME MORTGAGE
SERVC
1525 S BELTLINE RD #100 N
COPPELL, TX 75019

ELECTRONIC SERVICE - United States Trustee

Date: September 08, 2014

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL 60603